



## MEMORANDUM OPINION

No. 04-11-00562-CV

Edith **MCCLINTOCK**,
Appellant

v.

Gerald **FRAZIER** and Doris Frazier,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-01845
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 17, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal, stating she desires to dismiss this appeal because all matters in dispute between the parties have been settled.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order costs assessed against the party who incurred them.

PER CURIAM